UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| IONE STEVENS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-5808-MAT<br><br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including January 20, 2012, to file a Response to Plaintiff's Complaint.

DATED this <u>3rd</u> day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C11-5808-MAT]

1

2

3  Presented by:

4  s/ Terrye E. Shea
   TERRYE E. SHEA
   Special Assistant U.S. Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, WA 98104-7075
7  Telephone:  (206) 615-2143
   Fax:  (206) 615-2531
8  terrye.shea@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23