UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| IONE STEVENS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-5808-MAT<br><br>[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |

　　Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　Defendant shall have up to and including January 20, 2012, to file a Response to Plaintiff's Complaint.

　　DATED this 3rd day of January, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-5808-MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov