UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| IONE STEVENS, | Civil No. 3:11-CV-05808-MAT |
| Plaintiff, | |
| vs. | JUDGMENT FOR PLAINTIFF |
| NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing the duties and functions not reserved<br>to the Commissioner of Social Security[1], | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's final decision after remand pursuant to sentence six of 42 U.S.C. § 405(g) (on file herein as attachment to

---

[1] Nancy A. Berryhill is the Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Commissioner Michael J. Astrue as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1    JUDGMENT FOR PLAINTIFF - [3:11-CV-05808-MAT]

Defendant's Motion to Reopen [redacted] Notice of Decision – Fully Favorable, dated November 21, 2012) is hereby adopted and entered into the record, and this matter is closed. Based on this fully favorable decision, judgment is entered for Plaintiff.

Dated this <u>2nd</u> day of May, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov